# UNITED STATES DISTRICT COURT
### for the
### _____ District of _____
### _____ Division

RECEIVED
2018 AUG -1 A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| David Bryan Wicks SR<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Clarence Tucker<br>Wells Fargo Bank<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:18-cv-705-MHT-WC<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_ ☑ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: David B. Wicks
Address: 3512 Audubon Road
City: Montgomery   State: AL   Zip Code: 36111
County:
Telephone Number: (267) 847-7757
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Clarence Tucker
Job or Title (if known): Wellmington, Delaware Management Co.
Address: 5 Robert Road
City: New Castle   State: DE   Zip Code: 19127
County:
Telephone Number: (302) 325-4341
E-Mail Address (if known): None

[X] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: Wells Fargo c/o Ms. Stepheny
Job or Title (if known): Coleman Executor's Dept
Address: 2520 Eastern Bypass
City: Montgomery   State: AL   Zip Code: 36117
County: Montogomery
Telephone Number: (844) 931-2273
E-Mail Address (if known):

[X] Individual capacity   [ ] Official capacity

Defendant No. 3
   Name _____
   Job or Title *(if known)* _____
   Address _____
   _____
   *City*     *State*     *Zip Code*
   County _____
   Telephone Number _____
   E-Mail Address *(if known)* _____

   [ ] Individual capacity   [ ] Official capacity

Defendant No. 4
   Name _____
   Job or Title *(if known)* _____
   Address _____
   _____
   *City*     *State*     *Zip Code*
   County _____
   Telephone Number _____
   E-Mail Address *(if known)* _____

   [ ] Individual capacity   [ ] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Withholding of monetary funds, / Fraud / Deceptive Conduct
   Racial Discrimination / Theft of monetary funds

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Perjury / misrepresenting of an Official

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Knowingly, maliciously, with the intent to deprive Plaintiff of his rights due to color of his skin (RACE) and Disability committed fraud on Government documents.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

While I am a resident in Montgomery, AL, on 06/02/2018 the aforementioned defendants deprived plaintiff of the amount(s) of $500,000.00 by deceptive fraud, perjury, theft, due to plaintiff's Race and disability (s)

B. What date and approximate time did the events giving rise to your claim(s) occur?

On June 02, 2018

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff was physically assaulted, disabled, homeless, in financial dept, depression, suffered hospitalization, Suicide attempts, and now under VA special housing to avoid homelessness

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Broken teeth, Glaucoma, Bleeding hemorrhoids, fractured nasal passage, fractured teeth in mouth, two days in hospital, homelessness. In debt.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Request immediate payment of $500,000.00 to include Attorney fees.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/25/2018

Signature of Plaintiff: [signed]

Printed Name of Plaintiff: David B. Wicks JR

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City / State / Zip Code:

Telephone Number: (267) 847-7757

E-mail Address: davidwicks40@gmail.com